# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00793-CV

### L. C., Appellant

### v.

### Texas Department of Family and Protective Services, Appellee

### FROM THE 21ST DISTRICT COURT OF LEE COUNTY
### NO. 15,254, HONORABLE CARSON TALMADGE CAMPBELL, JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant L.C. filed her notice of appeal on December 16, 2014. The appellate record was complete December 23, 2014, making appellant's brief due January 12, 2015. On January 14, 2015, counsel for appellant filed a motion for extension of time to file appellant's brief.

Amendments to the rules of judicial administration accelerate the final disposition of appeals from suits for termination of parental rights. *See* Tex. R. Jud. Admin. 6.2(a) (providing 180 days for court's final disposition). The accelerated schedule constrains this Court's leeway in granting extensions. In this instance, we will grant the motion and order counsel to file appellant's brief no later than January 30, 2015. If the brief is not filed by that date, counsel may be required to show cause why he should not be held in contempt of court.

It is ordered on January 15, 2015.


Before Justices Puryear, Pemberton, and Field